Cornelius C. Coakley v. " George " L. Rickard, etc. In the Matter of Edward

Brenen, an Incompetent Person.   In the Matter of Abraham Germansky v. Louis Guterman.   (2 cases.) — Motions denied, with ten dollars costs.